District Clerk, Cathy S. Lusk     9-29-15

Im writting this letter in regards to a Police report that was filed by the Smith County District Attorney in my Case, Cause No. 007-1297-13 The Police report is a Coffee City Police report, it was filed as Discovery, the Discovery numbers that are Stamped on the Police report are 00131 thru 00142, Could you please give me the total Page Count of this Police report? and how much will it Cost for a Copy of the report? my APPeal NO. is 12-14-00053-CR. Thank you for your time,

Sincerly,

Frank Evans
# 1912350
Hughes Unit
Rt 2 Box 4400
Gatesville, TX
76597

REC'D IN COURT OF APPEALS
12th Court of Appeals District
OCT 05 2015
TYLER TEXAS
PAM ESTES, CLERK

REC'D IN COURT OF APPEALS
12th Court of Appeals District

TYLER TEXAS
PAM ESTES, CLERK